# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LAMAROL ABRAM, | : No. 32 WAP 2023 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| v. | : October 31, 2023 at No. 477 MD |
| | : 2023. |
| PENNSYLVANIA PAROLE BOARD | : |
| ADMINISTRATIVE RELIEF AGENCY, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

 **AND NOW,** this 17th day of July, 2024, the order of the Commonwealth Court is **AFFIRMED**.